UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUBBARD CONSTRUCTION CO.,

    Plaintiff,

v.                                          CASE NO.: 8:12-cv-1450-T-23MAP

TESTA CORP.,

    Defendant.
_____/

**ORDER**

Hubbard sues (Doc. 1) Testa for breach of contract. On September 18, 2014, the clerk entered (Doc. 46) a default against Testa. A November 20, 2014, order (Doc. 56) grants Hubbard's motion (Doc. 49) for default judgment as to liability. A January 13, 2014, order (Doc. 60) grants Hubbard's motion (Doc. 59) for a default judgment as to Hubbard's damages and refers the calculation of damages to the magistrate judge for a report and recommendation under 28 U.S.C. § 636. After an evidentiary hearing (Doc. 62), the magistrate judge issued (Doc. 64) a report and recommendation. The parties lodge no objection.

- 2 -

Thorough and well-reasoned, the report and recommendation (Doc. 64) is **ADOPTED**. The clerk (1) will enter judgment in favor of Hubbard and against Testa for $271,725.02, (2) will terminate any pending motion, and (3) will close the case.

ORDERED in Tampa, Florida, on March 26, 2014.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE